FROM: 71915066
TO: Capponi, John; Obrien, Marie; West, Madison
SUBJECT: Discovery #6F
DATE: 10/23/2015 06:03:32 PM

**RECEIVED**
**OCT 28 2015**

UNITED STATES OF AMERICA

    V                          Criminal No. 15-21-01

WILLIAM O'BRIEN

## DISCOVERY MOTION

"All-Notes" refers to definition on discovery #1A

1. All-Notes for Warrants and Affidavits for search and seizure of O'Brien's offices/residency/other Jan 29, 2015

2. All-Notes for Warrants and Affidavits for search and seizure of O'Brien's offices on Septemberr 14, 2011

3. All-Notes, and Rough Notes used for Affidavits (1) and (2)

4. List of who Warrants were served on in (1) and (2)

5. All-Notes for safe deposit boxes, including sign-in sheets

6. All-Notes for O'Brien's x-wives, both Kathleen and Elizabeth

7. All-Notes from O'Brien's prior attorneys, Martir and Pagano, to Prosecutor and/or government

8. All-Notes and Summaries prepared for Grand Jury testimony

9. any Impeachment Evidence for government witnesses and/or government agents

10. Any Exculpatory Brady material

*[Signature]* WILLIAM O'BRIEN D.O.
Board Certified in Family Practice
Fellow in the American Academy
of Disability Evaluating Physicians