IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
v.
WILLIAM J. O'BRIEN III

Criminal No. 15-0021-1

January 31, 2016

OBJECTION TO ALL UNTIMELY RESPONSES AND MOTIONS
TIME-BARRED AS MOOT

This Court gave specific instruction in November 2015 that all pre-trial motions were to be filed by January 4, 2016 and responses to these motions filed by January 18, 2016. January 18, 2016 fell on Martin Luther King Jr Day, a Federal Holiday. By Rule, responses were due then on the 19th of January 2016.

All 8 of Defendant's timely motions were responded to by the government on January 21, 2016. Government's Response to Suppression Hearing was filed January 22, 2016. Co-Defendant Hibbs' Motion for Extension of time to file pre-trial motions and "Unopposed Motion for Pre-Trial..." were both filed on January 25, 2016. Co-Defendant Johnson's pro se letter was filed January 25, 2016.

ALL OF THE RESPONSES AND FILED MOTIONS ARE UNTIMELY AND SHOULD BE TIME-BARRED.

As noted on my previous objection to untimeliness, and therefore time-barred, the government is under the same rules and onus as everyone else. The 3rd circuit has clearly delineated such. The government, with unlimited resources, both financial and man-power, has no excuse for not filing responses by January 19th. NONE.

RELIEF REQUESTED:
All untimely responses and motions are to be found time-barred.

Respectfully Submitted,

William J. O'Brien III, D.O.
Board Certified in Family Practice
Fellow of the American Academy
Of Disability Evaluating Physicians

CERTIFICATE OF SERVICE

I hereby verify that on January 31, 2016 a copy of:

OBJECTION TO ALL UNTIMELY RESPONSES AND MOTIONS TIME-BARRED IS MOOT

and

SEVENTEENTH MOTION FOR DISCOVERY

was mailed, via First Class Mail to:

Clerk of Courts
601 Market Street
U.S. District Court
Phila., PA 19106

Beth Leary AUSA
615 Chestnut Street
Suite 1250
Phila., PA 19106

Here at FDC, a legal mail log is kept by the correction officer on each floor. I am on 5 south. This log verifies the date of mailing, aka "mail box" date.

1/31/16
Date

William J. O'Brien III. D.O.