IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 15-21-01 |
| | : | |
| WILLIAM J. O'BRIEN, III | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 28th day of June, 2016, came the attorney for the Government and the defendant being present with counsel, and

[ ]   The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]   A jury has been waived, and the Court has found the defendant not guilty as to:

[X]   The jury has returned its verdict, finding the defendant not guilty as to:
**COUNTS 52, 53, 108, 109.**

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

*[signature]*
NITZA I. QUIÑONES ALEJANDRO, J.

cc:  U.S. Marshal
     Probation Office
     Counsel

| 6/28/16 | rbh |
|---|---|
| Date | By Whom |

Cr 1 (4/2006)